**STATE of Missouri, Respondent,**

v.

**Danny G. CONN, Jr., Appellant.**

**Nos. WD 50814, WD 53686.**

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1998.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant was charged with stealing by deceit. A jury found appellant guilty and he was sentenced to seven years imprisonment and fined $5,000. On his direct appeal, appellant asserts evidentiary error. Appellant also claims ineffective assistance of counsel.

Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).